1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11  JAMES DAVENPORT,                    Case No.: 1:25-cv-00997-JLT-SKO

12              Plaintiff,              ORDER ADOPTING FINDINGS AND
                                        RECOMMENDATIONS TO DENY
13       v.                             APPLICATION TO PROCEED IN FORMA
                                        PAUPERIS
14  C. PFEIFFER, et al.,
                                        (Docs. 2 & 9)
15              Defendants.

16

17      Plaintiff James Davenport seeks to hold defendants liable for violations of his civil rights.

18 This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

19 636(b)(1)(B) and Local Rule 302.

20      The magistrate judge recommended plaintiff's application to proceed *in forma pauperis* be

21 denied because plaintiff has accrued three or more strikes and does not qualify for the imminent

22 danger exception pursuant to 28 U.S.C. § 1915. (Doc. 8.) The magistrate judge advised that the

23 "[f]ailure to file objections within the specified time may result in waiver of rights on appeal."

24 (*Id*. at 4-5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Plaintiff did not file

25 objections.[1]

26

27 [1] Following service of the findings, Plaintiff filed a second application to proceed *in forma pauperis*. (*See* Doc. 9.)
   On September 9, 2025, the Court granted Plaintiff additional time to file objections to the findings, directing him to
28 file any such objections by October 13, 2025. (Doc. 11.) As of the date of this order, the Court has received no
   further communications from Plaintiff.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued August 14, 2025 (Doc. 8) are **ADOPTED** in full.
2. Plaintiff's applications to proceed *in forma pauperis* (Docs. 2 & 9) are **DENIED**.
3. Plaintiff **SHALL** pay the full $405 filing fee for this action **within 30 days** of the date of service of this order. Failure to pay the filing fee will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 7, 2025**

UNITED STATES DISTRICT JUDGE

2