1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   JAMES DAVENPORT,                          Case No.: 1:25-cv-00997-JLT-SKO

12                    Plaintiff,               ORDER DISMISSING ACTION WITHOUT
                                               PREJUDICE FOR PLAINTIFF'S FAILURE TO
13            v.                               PAY FILING FEE

14   C. PFEIFFER, et al.,

15                    Defendants.

16

17          The Court ordered Plaintiff to pay the filing fee after finding Plaintiff had accrued three or

18   more "strikes" under 28 U.S.C. § 1915 and failed to show he was under imminent danger of

19   serious physical injury. (Doc. 12.) Despite the passage of more than 30 days, Plaintiff has failed

20   to pay the required $405 filing fee for this action.

21          In finding dismissal is appropriate for the failure to pay the filing fee, the Court has

22   considered the factors outlined by the Ninth Circuit for terminating sanctions, including: "(1) the

23   public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket;

24   (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on

25   their merits; and (5) the availability of less drastic sanctions." *Henderson v. Duncan*, 779 F.2d

26   1421, 1423 (9th Cir. 1986). The public's interest in expeditiously resolving this litigation and the

27   Court's interest in managing the docket weigh in favor of dismissal. *See Yourish v. Cal.*

28   *Amplifier*, 191 F.3d 983, 990 (9th Cir. 1999) ("The public's interest in expeditious resolution of

1  litigation always favors dismissal"); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992)

2  (district courts have inherent interest in managing their dockets without being subject to

3  noncompliant litigants). In addition, the Court's warning to Plaintiff that the matter could be

4  dismissed satisfies the requirement of considering alternative sanctions. *Ferdik*, 963 F.2d at 1262.

5  Consequently, the *Henderson* factors weigh in favor of dismissal for Plaintiff's failure to pay the

6  filing fee as ordered. *Malone v. U.S. Postal Service*, 833 F.2d 128, 133 n.2 (9th Cir. 1987)

7  (explaining that although "the public policy favoring disposition of cases on their merits …

8  weighs against dismissal, it is not sufficient to outweigh the other four factors"). Thus, the Court

9  **ORDERS**:

10     1.  Plaintiff's complaint is **DISMISSED** without prejudice.

11     2.  The Clerk of the Court is directed terminate any pending motions and to close this

12        case.

13

IT IS SO ORDERED.

14

15  Dated:   **December 26, 2025**            _Jennifer L. Thurston_
                                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28